JOHANNA KALISH et al., as Executors of JOSEPH KALISH, Deceased, Appellants, *v.* LUKE HIGGINS et al., Respondents.

Reported below, 70 App. Div. 192.
(Argued November 10, 1902; decided November 18, 1902.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 8, 1902, reversing a judgment in favor of plaintiffs entered upon a verdict and granting a new trial.

The motion was made upon the ground that the only question involved was one of fact which is not reviewable by the Court of Appeals.

*M. J. Horan* for motion.

*Edward O. Orrell, Jr.*, opposed.

Motion denied, with ten dollars costs.